I concur specially with the main opinion to note that §26-2A-102, Ala. Code 1975, provides, among other things, that notice shall be given for a hearing on the issue of incapacity. § 26-2A-102(b), Ala. Code 1975. Additionally, as the wife observed in her brief to this court, the statute mandates:
 "A person alleged to be incapacitated is entitled to be present at the hearing in person. The person is entitled to be represented by counsel, to present evidence, to cross-examine witnesses, including *Page 1041 
the court-appointed physician or other qualified person and any court representative, and upon demand to trial by jury as provided in Section 26-2A-35. . . ."
§ 26-2A-102(c), Ala. Code 1975.
Because the trial court did not follow the mandatory Alabama statutory requirements, I concur specially.